**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
67.160.196.140,

                Defendant.

Case Number: 4:19-cv-03698-HSG

Honorable Haywood S. Gilliam, Jr.

**ORDER ON PLAINTIFF'S *EX-PARTE*
APPLICATION FOR EXTENSION OF
TIME WITHIN WHICH TO
EFFECTUATE SERVICE ON JOHN DOE
DEFENDANT AND FOR
CONTINUANCE OF THE INITIAL CASE
MANAGEMENT CONFERENCE**

      THIS CAUSE came before the Court upon Plaintiff's *Ex-Parte* application for an Order extending the time within which to effectuate service on John Doe Defendant and continuance of the Initial Case Management Conference currently scheduled for September 24, 2019, and the Court, finding good cause, does hereby order as follows:

      ORDER: Plaintiff's application is granted. Plaintiff shall have until December 10, 2019 to effectuate service of a summons and Amended Complaint on Defendant and the Initial Case Management Conference scheduled for September 24, 2019 is continued to January 21, 2020 at 2:00 p.m.

      SO ORDERED this 4th day of September, 2019.

By: *Haywood S. Gill, Jr.*
United States District Judge
Honorable Haywood S. Gilliam, Jr.

1

Order on Plaintiff's *Ex-Parte* Application for Extension to Effectuate Service and
Continuance of the Initial Case Management Conference
Case No. 4:19-cv-03698-HSG